UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN ALLEN CARY,

    Plaintiff,

v.

FARRIS and CORIZON MEDICAL,

    Defendants.

Case No. 21-12768
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 15), DIMISSING CASE, AND TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF NO. 10) AS MOOT**

*Pro se* plaintiff Bryan Allen Cary filed this civil rights complaint on November 18, 2021. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 8. Defendants moved to dismiss. ECF No. 10. The magistrate judge ordered Cary to respond to this motion, but he failed to do so. ECF No. 12. The magistrate judge then ordered Cary to show cause why his case should not be dismissed. ECF No. 14. The show cause order warned that failure to timely or adequately respond would lead to dismissal. *Id.* Cary again failed to respond.

On June 29, 2022, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 15. The R&R recommends that the Court dismiss the action with prejudice under Federal Rule of Civil Procedure 41(b) and that the pending motion to dismiss (ECF No. 10) be terminated as moot. ECF No. 15. No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Cary's complaint (ECF No. 1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss (ECF No. 10) is **TERMINATED** as moot.

Dated: July 21, 2022

/s Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge